ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| MATT FREDENBURG, et al. | Case No. C07 04412 |
| Plaintiffs, | |
| v. | CERTIFICATE OF NO INTERESTED PARTIES OR RELATED ACTIONS |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Other than the named parties to this action, there is no such interest to report of other persons in the above-entitled litigation, and no known related legal actions to the above-entitled action.

Dated: 8/27/07

_____
DENNIS R. INGOLS, ESQ.
Attorney for Plaintiffs

Certificate of No Interested Parties
Fredenburg v. Santa Clara
(Case No.                    )