ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| MATT FREDENBURG, et al. | ) | Case No. C07 04412 RS |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | DECLINATION TO PROCEED BEFORE A |
| | ) | MAGISTRATE JUDGE AND REQUEST FOR |
| COUNTY OF SANTA CLARA, et al., | ) | REASSIGNMENT TO A UNITED STATES |
| | ) | DISTRICT JUDGE |
| Defendants. | ) | |
| | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/6/07

                                     /S/
                               DENNIS R. INGOLS, ESQ.
                               Attorney for Plaintiffs