| | |
|---|---|
| 1 | Kimberly E. Colwell (SBN: 127604) |
| 2 | Email: kcolwell@meyersnave.com |
|   | Tricia L. Hynes (SBN: 212550) |
| 3 | Email: thynes@meyersnave.com |
|   | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 4 | 555 12th Street, Suite 1500 |
|   | Oakland, CA  94607 |
| 5 | Telephone: (510) 808-2000 |
|   | Facsimile: (510) 444-1108 |

Attorneys for Defendants
CITY OF MILPITAS; PETE PROLO, and DEREK YAMAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FREDENBURG, Individually and as Guardian Ad Litem for his minor children A.F. M.F. and E.F., KIM FREDENBURG, | Case No:  C07-04412 RS |
| | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Plaintiffs, | |
| v. | |
| COUNTY OF SANTA CLARA, YASMINA LETONA, individually and as an employee of COUNTY OF SANTA CLARA, ALICIA CORTEZ, individually and as an employee of the COUNTY OF SANTA CLARA, SHARON BURGAN, individually and as an employee of the COUNTY OF SANTA CLARA, CITY OF MILPITAS, PETE PROLO, individually and as an employee of CITY OF MILPITAS, OFFICER YAMAMURA, individually and as an employee of CITY OF MILPITAS, and Does 1-10, inclusive, | State Court Complaint Filed:  December 16, 2005<br>Removal Filed:  February 3, 2006<br>Trial Date:  Not Yet Set |
| Defendants. | |

Certificate of Interested Parties     C07-04412 RS

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
Tricia L. Hynes
Counsel for DEFENDANTS CITY OF MILPITAS, OFFICER PETE PROLO and OFFICER DEREK YAMAMURA

1035235_1