Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorney for Defendants
CITY OF MILPITAS; PETE PROLO, and DEREK YAMAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FREDENBURG, Individually and as Guardian Ad Litem for his minor children A.F. M.F. and E.F., KIM FREDENBURG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, YASMINA LETONA, individually and as an employee of COUNTY OF SANTA CLARA, ALICIA CORTEZ, individually and as an employee of the COUNTY OF SANTA CLARA, SHARON BURGAN, individually and as an employee of the COUNTY OF SANTA CLARA, CITY OF MILPITAS, PETE PROLO, individually and as an employee of CITY OF MILPITAS, OFFICER YAMAMURA, individually and as an employee of CITY OF MILPITAS, and Does 1-10, inclusive,<br><br>Defendants. | Case No: C07-04412 RS<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br><br>State Court Complaint Filed: December 16, 2005<br>Removal Filed: February 3, 2006<br>Trial Date: Not Yet Set |

Notice of Unavailability of Counsel [C07-04412 RS]

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of Milpitas, Pete Prolo and Derek Yamamura will be unavailable December 21, 2007 through January 2, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: December 7, 2007            Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By: _____/s/_____
    Tricia L. Hynes
    Counsel for DEFENDANTS CITY OF MILPITAS,
    OFFICER PETE PROLO and OFFICER DEREK
    YAMAMURA

1036652_1

Notice of Unavailability of Counsel [C07-04412 RS]                                                     1