United States District Court
Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9              Northern District of California

10   Fredenburg,                              07-04412 JW MED

11              Plaintiff(s),          **Notice of Appointment of Mediator**

12        v.

13   County of Santa Clara,

14              Defendant(s).

15   TO COUNSEL OF RECORD:

16        The court notifies the parties and counsel that the Mediator assigned to this case

17   is:

18                    **James Hodgkins**
                      Office of the City Attorney of the City of Oakland
19                    1 Frank H. Ogawa Plaza, 6th FL.
                      Oakland, CA 94612
20                    (510) 238-6135

21        Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22   governs the Mediation program.  The mediator will schedule a joint phone conference

23   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25   The court permits the mediator to charge each party its pro rata share of the cost of the

26   phone conference.

27

28

**Notice of Appointment of Mediator**
07-04412 JW MED                    - 1 -

1      Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: December 13, 2007

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:    Claudia M. Forehand

7

8                                              ADR Case Administrator
                                               415-522-2059
9                                              Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04412 JW MED                    - 2 -