**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Matt Fredenburg, et al., | NO. C 07-04412 JW |
|       Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| County of Santa Clara, et al., | |
|       Defendants.                     / | |

       The above entitled matter is currently scheduled for a case management conference on Monday, December 17, 2007. The parties submitted a joint case management statement in which they indicated a desire to continue the conference for ninety (90) days so that they may conduct limited discovery and participate in alternative dispute resolution. (See Docket Item No. 14.) The parties have stipulated to mediation. (See Docket Item No. 15.)

       In light of the parties' statement, the Court continues the case management conference to **Monday, March 17, 2008 at 10:00 A.M.** Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Conference Statement no later than ten (10) days before the date of the conference.

       This is the final continuance of the case management conference.

Dated: December 13, 2007

                                        JAMES WARE
                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dennis R. Ingols dingols@rrpassociates.com
Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us
Robert Ross Powell rpowell@rrpassociates.com
Tricia L. Hynes thynes@meyersnave.com

**Dated:  December 13, 2007**                               **Richard W. Wieking, Clerk**

                                                                          **By:   /s/ JW Chambers**
                                                                                   **Elizabeth Garcia**
                                                                                   **Courtroom Deputy**