

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street
9th Floor, East Wing
San Jose, California 95110-1770
(408) 299-5900
(408) 292-7240 (FAX)

Ann Miller Ravel
**COUNTY COUNSEL**

Winifred Botha
Robert C. Campbell
Lori E. Pegg
**ASSISTANT COUNTY COUNSEL**

January 18, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, California 94612

      Re:    *Fredenburg v. County of Santa Clara, et al.*
               Case No. C0704412 RS

Dear Judge Brazil:

The parties in the above-referenced civil rights action are writing to request that several defendants be excused from a March 3, 2008 mediation.

During the parties' teleconference with the appointed mediator, James Hodgkins, they discussed the necessary attendees at the upcoming mediation. Counsel agreed that the following defendants could be excused from the mediation: Officer Derek Yamamura, who is a police officer with the Milpitas Police Department and Sharon Burgan, who is a social worker with the County of Santa Clara Department of Family and Children's Services.

Plaintiff Matthew Fredenburg, Plaintiff Kim Fredenburg, Defendant Officer Pete Prolo, a liability claims adjuster for Defendant City of Milpitas, Defendant Yazmina Letona, Defendant Alicia Cortez, and a liability claims adjuster for Defendant County of Santa Clara will attend the mediation along with their counsel. As such, the parties respectfully request that the Court excuse Officer Yamamura and Sharon Burgan from the upcoming mediation.


Letter to Judge Brazil
Re: *Fredenburg v. County of Santa Clara*
January 18, 2008
Page 2 of 2


A proposed order is enclosed.  Thank you for your consideration.

I hereby I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.


Very truly yours,

ANN MILLER RAVEL
County Counsel

/S/

MELISSA R. KINIYALOCTS
Deputy County Counsel


_____/S/_____
TRICIA HYNES
Attorney for Defendants
City of Milpitas, Pete Prolo, and Derek Yamamura


_____/S/_____
ROBERT R. POWELL
Attorney for Plaintiffs


Encl.


c:    ADR Unit
      James Hodgkins

110066.wpd