ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240


Attorneys for Defendants
COUNTY OF SANTA CLARA, ALICIA
CORTEZ, YAZMINA LETONA, and
SHARON BURGAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FREDENBURG et. al., | No.   C 07-4412 RS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO BE EXCUSED FROM MEDIATION** |
| v. | |
| COUNTY OF SANTA CLARA et. al., | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Defendants Officer Derek Yamamura and Sharon Burgan to be excused from the mediation on March 3, 2008, is GRANTED.

Dated: _____                              _____
                                                      HONORABLE WAYNE D. BRAZIL

110208.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Granting Defendants'
Request to be Excused From Mediation           1                           C 07-4412 RS