

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street
9th Floor, East Wing
San Jose, California 95110-1770
(408) 299-5900
(408) 292-7240 (FAX)

Ann Miller Ravel
**COUNTY COUNSEL**

Winifred Botha
Robert C. Campbell
Lori E. Pegg
**ASSISTANT COUNTY COUNSEL**

January 31, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, California 94612

      Re:   *Fredenburg v. County of Santa Clara, et al.*
              Case No. C0704412 RS

Dear Judge Brazil:

     I am writing to request that Defendant Sharon Burgan be excused from a March 3, 2008 mediation in the above-referenced matter.

     During the parties' recent teleconference with the appointed mediator, James Hodgkins, they discussed the necessary attendees at the upcoming mediation. Counsel agreed that Sharon Burgan, who is a social worker with the County of Santa Clara Department of Family and Children's Services, could be excused from the mediation. Ms. Burgan will have knee surgery in late February and will be recovering from that surgery at the time of the mediation.

     The following individuals, along with their counsel, will attend the mediation: Plaintiff Matthew Fredenburg, Plaintiff Kim Fredenburg, Defendant Officer Pete Prolo, Defendant Derek Yamamura, a liability claims adjuster for Defendant City of Milpitas, Defendant Yazmina Letona, Defendant Alicia Cortez, and a liability claims adjuster for Defendant County of Santa Clara. Plaintiffs contend that the amount in controversy is in the range of $500,000, which Defendants dispute. Counsel and the appointed mediator have agreed to excuse Ms. Burgan from the mediation. As such, the parties respectfully request that the Court excuse Defendant Sharon Burgan from the upcoming mediation.

Letter to Judge Brazil
Re: *Fredenburg v. County of Santa Clara*
January 31, 2008
Page 2 of 2

    A proposed order is enclosed.  Thank you for your consideration.

    I hereby I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                                   Very truly yours,

                                                  ANN MILLER RAVEL
                                                  County Counsel

                                                            /S/

                                                 MELISSA R. KINIYALOCTS
                                                 Deputy County Counsel


_____/S/_____
TRICIA HYNES
Attorney for Defendants
City of Milpitas, Pete Prolo, and Derek Yamamura


_____/S/_____
ROBERT R. POWELL
Attorney for Plaintiffs


Encl.


c:    ADR Unit
      James Hodgkins

110066.wpd