ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240


Attorneys for Defendants
COUNTY OF SANTA CLARA, ALICIA
CORTEZ, YAZMINA LETONA, and
SHARON BURGAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FREDENBURG et. al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA et. al.,<br><br>    Defendants. | No.   C 07-4412 RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO BE EXCUSED FROM MEDIATION** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Defendant Sharon Burgan to be excused from the mediation on March 3, 2008, is GRANTED.


Dated: _____                    _____
                                                                                          HONORABLE WAYNE D. BRAZIL

110208.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Granting Defendants'
Request to be Excused From Mediation          1                              C 07-4412 RS