ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, ALICIA
CORTEZ, YAZMINA LETONA, and
SHARON BURGAN

CHAMBERS COPY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATT FREDENBURG et. al.,

    Plaintiffs,

v.

COUNTY OF SANTA CLARA et. al.,

    Defendants.

No. C 07-4412 RS

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO BE EXCUSED FROM MEDIATION

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Defendant Sharon Burgan to be excused from the mediation on March 3, 2008, is GRANTED.

Dated: 2/13/08

HONORABLE WAYNE D. BRAZIL

110208.wpd