1  ROBERT R. POWELL, ESQ. CSB: 159747
   DENNIS R. INGOLS, ESQ.   CSB: 236458
2  LAW OFFICES OF ROBERT R. POWELL
   925 West Hedding Street
3  San José, California  95126
   T: 408-553-0200 F: 408-553-0203
4
5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| MATT FREDENBURG, et al. | Case No. C 07 04412 JW |
| Plaintiffs, | |
| v. | NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE THAT, Plaintiffs' counsel associates the following counsel:

Douglas Durward Esq.
The Law Offices of Douglas D. Durward
P.O. Box 834
Saint Helena, California 94574
(707) 287-0832

All correspondence and communications may continue to be directed to The Law Offices Of Robert R. Powell, without copy to said associated counsel.

Dated: 2/25/08                                    ____/S/ Robert Powell_____
                                                  ROBERT R. POWELL, ESQ.
                                                  Attorney for Plaintiffs

1