ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| MATT FREDENBURG, et al. | Case No. C07 04412 JW |
| Plaintiffs, | MEMORANDUM OF POINTS AND AUTHORITIES RE: APPOINTMENT OF HELEN FREDENBURG AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

1.      **COME NOW PLAINTIFFS MATTHEW & KIMBERLY FREDENBURG**, who move this court for an order appointing Helen Fredenburg, paternal grandmother to the minor Plaintiffs, as Guardian Ad Litem for minor Plaintiffs Matthan, Ethan and Abigail in the above-entitled action.

2.      This motion is based on the supporting declarations of counsel for Plaintiffs and the proposed Guardian Ad Litem, and points and authorities submitted herewith.

Dated: March 3, 2008                                           /S/
                                                      ROBERT R. POWELL, ESQ.

## POINTS AND AUTHORITIES

Federal Rules of Civil Procedure Section 17(c), provides in pertinent part that "[t]he court shall appoint a guardian ad litem for an infant or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the infant or incompetent person." Minor children are considered to be "incompetent" for purposes of maintaining a legal action, and in need of protection from the court to ensure their interests are fairly served in the litigation.

Plaintiffs have presented a motion requesting appointment of Helen Fredenburg as G.A.L. for Matthan, Ethan and Abigail, Plaintiffs' minor children, pursuant to the foregoing authority and request the court order same.

## DECLARATION OF ROBERT R. POWELL

1. I, ROBERT R. POWELL, do hereby declare;

2. I am an attorney licensed to practice before all of the courts of the State of California, all of the District Courts of the 9th Judicial Circuit within the State of California, and a member in good standing of the bar of the 9th Judicial Circuit and U.S. Supreme Court. I am the attorney of record for plaintiffs in the above entitled action.

3. Accompanying this submission is a declaration setting forth the name, contact information, relation to the parties, and miscellaneous background information regarding her educational and employment background, for the proposed Guardian Ad Litem.

4. I respectfully request the court order the appointment of Mrs. Helen Fredenburg as the Guardian Ad Litem for Matthan, Ethan and Abigail in the above-entitled action.

5. The foregoing is sworn to under penalty of perjury pursuant to the laws of the State of California.

MMPA & Declaration of Counsel
Re: Appointment of G.A.L.
Fredenburg v. Santa Clara
(Case No. C07 04412 JW)

Date: 3/3/08                                                 _____/S/_____
                                                             ROBERT R. POWELL, ESQ.
                                                             Attorney for Plaintiffs

## ORDER

## ORDER OF THE COURT

Based on the foregoing Points and Authorities, the attached Declaration, and good cause appearing therefore, the court orders that Helen Fredenburg is hereby appointed as the guardian ad litem for Matthan, Ethan and Abigail for the duration of this case.

**IT IS SO ORDERED**.

DATE:  ____/____/2008                                        _____
                                                             NORTHERN DISTRICT COURT JUDGE