ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| MATT FREDENBURG, et al. | ) Case No. C07 04412 JW |
|---|---|
| Plaintiffs, | ) DECLARATION OF HELEN FREDENBURG |
| v. | ) AND STATEMENT OF CONSENT TO |
|  | ) APPOINTMENT AS GUARDIAN |
| COUNTY OF SANTA CLARA, et al., | ) AD LITEM |
| Defendants. | ) |

1. I, HELEN FREDENBURG, do hereby declare:

2. I am the paternal grandmother of Matthan F., Ethan F. and Abigail F.

3. I am currently retired. Previously, I worked for the Fremont Unified School District for many years.

4. My husband and I have lived in the same home (4586 Norris Rd. in Fremont, CA) for 46 years.

5. My husband and I now spend much of our time visiting our children and grandchildren in Milpitas, Sacramento, and San Diego. Naturally, as Matthan, Ethan and Abigail live closer to our home, we get to see them several times per month, more than our other grandchildren.

1

6. I am ready, willing, and able to do so, and believe I will more than adequately serve and protect Matthan, Ethan and Abigail's interests in this litigation. I love my grandchildren. They mean the world to me.

7. Mr. Powell has explained to me the role of the Guardian Ad Litem, and the relationship I will have with Mr. Powell as Matthan, Ethan and Abigail's attorney, by and through myself as Guardian Ad Litem. I understand I will have the same rights, responsibilities, and duties as would any client of Mr. Powell's, and that I will be the one to act on Matthan, Ethan and Abigail's behalf in the event that any settlement discussions are had with the defendants, and the initial decision-maker with regard to how any settlement funds or trial proceeds are to be administered on Matthan, Ethan and Abigail's behalf, through a blocked account or annuity in their names.

8. I understand and agree that I will receive no compensation for my efforts on Matthan, Ethan and Abigail's behalf.

9. I have no criminal record, no pending legal matters against me of any kind, and maintain a stable and healthy life-style.

10. I will gladly act as Matthan, Ethan and Abigail's Guardian Ad Litem if appointed, and would be honored to do so. The court may accept this as my consent to act in said capacity if the court so agrees with this request, and so orders.

11. The foregoing is sworn is sworn to under penalty of perjury pursuant to the laws of the State of California.

Dated: March 3, 2007

*/s/ Helen Fredenburg*
HELEN FREDENBURG

Declaration and Statement of Consent
Re: Appointmet as Guardian Ad Litem
Fredenburg v. Santa Clara
(Case No. C07-04412-JW)