# UNITED STATES DISTRICT COURT

## Northern District of California

Fredenburg,

        Plaintiff(s),

   v.

County of Santa Clara,

        Defendant(s).

No. C 07-04412 JW MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _March 3, 2008_

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   - ☐ another session scheduled for (date) _____
   - ☒ phone discussions expected by (date) _after some discovery completed._
   - ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☐ YES  ☒ NO

Dated: _3/10/08_

_/s/ James T. Hodgkins_
Mediator, James Hodgkins
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612

Certification of ADR Session
07-04412 JW MED