UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:   3/17/2008**  **Court Reporter: Not Reported**
**Case No.: C-07-04412 JW**  **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

Matt Fredenburg v. County of Santa Clara

Attorney(s) for Plaintiff(s): Robert Powell
Attorney(s) for Defendant(s): Kimberly Colwell, Melissa Kiniyalocts

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held.  The Court set the following scheduling dates:

1. Close of All Discovery set for 1/26/2009
2. Last Date to Hear Dispositive Motion set for 3/30/2009
3. Preliminary Pretrial and Trial Setting Conference set for 12/15/2008 at 11:00 AM.

The Court to issue further order following case management conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: