ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (San Jose Division)

| | |
|---|---|
| MATT FREDENBURG, et al. | Case No. C07 04412 JW |
| Plaintiffs, | STIPULATION AND REQUEST |
| v. | FOR ORDERS |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

The parties hereto, by and through their respective counsel, do hereby stipulate and agree as follows;

1.    Plaintiffs' Responses to the City of Milpitas' Request for Admissions, Set One, shall not be "deemed admitted" per FRCP 36.

**IT IS SO STIPULATED.**

Date: 8/6/08

Tricia Hynes – Attorney for City of
Milpitas, P. Prollo, D. Yamamura

Date: 8/6/08

Melissa Kiniyalocts – Attorney for
County of Santa Clara, Y. Letona,
A. Cortez, S. Burgan

1

1

2

3    Date: 8/19/08

4

Robert Powell – Attorney for
Plaintiffs K. & M. Fredenburg

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2