ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| MATT FREDENBURG, et al. | ) | Case No. C07 04412 JW |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] |
| v. | ) | ORDER OF THE COURT |
| | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Based on the stipulation of the parties, by and through their respective counsel, and good cause appearing, the court hereby orders as follows:

1. Plaintiffs' Responses to the City of Milpitas' Request for Admissions, Set One, shall not be "deemed admitted" per FRCP 36.

**IT IS SO ORDERED**

Date: 8/____/08

_____
JUDGE OF THE U.S.D.C. FOR THE
NORTHERN DISTRICT OF CALIFORNIA
COURT, CALIFORNIA

1

Order of the Court
Fredenburg v. Santa Clara
(Case No. C07 04412 JW)