**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Matt Fredenburg, et al., | NO. C 07-04412 JW |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER COMBINING SUMMARY JUDGMENT MOTIONS** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

Presently before the Court is Plaintiffs' *Ex Parte* Application for an Order Combining Summary Judgment Motions.[1] Plaintiffs seek to continue the hearing currently noticed for Defendants' motion for summary judgment and to establish a briefing schedule for cross-motions for summary judgment. Defendants filed a timely opposition.[2]

A court has the inherent power "to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." Stone v. INS, 514 U.S. 386, 411 (1995).

Plaintiffs contend that the parties and the Court would save time if the Court ordered the following briefing format: (1) the hearing on Defendants' motion for summary judgment, currently set for April 13, 2009, should be continued to allow Plaintiffs to file a cross-motion for summary

---

[1] (*Ex Parte* Application for Order Combining Summary Judgment/Adjudication Motions Pursuant to L.R. 6-3 and 7-11, hereafter, "Application," Docket Item No. 39.)

[2] (Defendants' Opposition to Plaintiff's *Ex Parte* Application, Docket Item No. 42.)

judgment with their opposition brief, (2) the parties should be allowed to file cross-reply briefs, and (3) both parties' motions for summary judgment should be heard together. (Application at 4-5.)

Defendants filed their motion for summary judgment on March 2, 2009. (See Docket Item No. 38.) Although the last date for hearing dispositive motions in this case is September 14, 2009, the timing of Defendants' motion was proper under Fed. R. Civ. P. 56(a). (See Docket Item No. 37.) Plaintiffs' proposed briefing format could potentially save the parties time and would provide the Court with the convenience of dealing with both parties' motions. However, Plaintiffs indicate that they are not currently prepared to file their cross-motion, and fail to inform the Court as to when they will be prepared to do so. (Application at 5.) Thus, without knowing how much delay would be imposed on Defendants' properly noticed motion for summary judgment, the Court finds that Plaintiffs have not shown good cause for altering the briefing schedule or continuing the hearing regarding Defendants' motion.

Accordingly, the Court DENIES Plaintiff's *Ex Parte* Application for and Order Combining Summary Judgment Motions. In the event that Plaintiffs file their cross-motion, the Court reserves the right to combine the hearing date for both motions.

Dated:  March 13, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Dennis R. Ingols dingols@rrpassociates.com
Douglas D. Durward Doug@durwardlaw.com
Kevin E. Gilbert kgilbert@meyersnave.com
Kimberly E. Colwell kcolwell@meyersnave.com
Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us
Robert Ross Powell rpowell@rrpassociates.com
Tricia L. Hynes thynes@meyersnave.com

**Dated:  March 13, 2009**                                         Richard W. Wieking, Clerk

                                                                **By:      /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California