1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10   Matt Fredenburg, et al.,                    NO. C 07-04412 JW

11              Plaintiffs,                **ORDER DENYING PLAINTIFFS'** *EX*
         v.                                *PARTE* **APPLICATION FOR ORDER RE:**
12                                         *SUA SPONTE* **REVIEW OF SUMMARY**
     County of Santa Clara, et al.,        **JUDGMENT IN FAVOR OF PLAINTIFFS**
13
              Defendants.
14   _____/

15        Presently before the Court is Plaintiffs' *Ex Parte* Application for Orders Noticing Defendants

16   Re: *Sua Sponte* Review of Summary Judgment in Favor of Plaintiffs and Establishing Briefing

17   Schedule.  (hereafter, "Application," Docket Item No. 45.)  Plaintiffs seek an order giving notice to

18   Defendants that summary judgment in favor of Plaintiffs will also be an issue considered on

19   Defendants' pending Motion for Summary Judgment.  Defendants filed a timely opposition to

20   Plaintiffs' Application.  (See Docket Item No. 47.)

21        On March 2, 2009, Defendants filed their Motion for Summary Judgment and noticed the

22   hearing on their motion for April 13, 2009.  (See Docket Item No. 38.)  On March 10, 2009,

23   Plaintiffs filed an *ex parte* application to continue the hearing on Defendants' Motion and to

24   establish a briefing schedule whereby Plaintiffs could file a cross-motion for summary judgment.

25   (See Docket Item No. 39.)  On March 13, 2009, the Court denied Plaintiffs' request to continue the

26   hearing on Defendants' motion and to set a consolidated briefing schedule with Plaintiffs' cross-

27   motion for summary judgment.  (See Docket Item No. 44.)  However, the Court reserved the right to

28   combine the hearing date "[i]n the event that Plaintiffs file their cross-motion."  (Id.)

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1  Plaintiffs contend that Defendants' deadline and page limit for filing a reply in support of

2  their Motion for Summary Judgment should be extended and the Court should issue a written notice

3  to Defendants stating that summary adjudication in favor of Plaintiffs will be considered at the April

4  13, 2009 hearing set for Defendants' Motion.  (Application at 2.)

5  "*Sua sponte* entry of summary judgment is proper if 'there is no genuine dispute respecting a

6  material fact essential to the proof of movant's case . . . .'" Buckingham v. United States, 998 F.2d

7  735, 742 (9th Cir. 1993).  However, "a litigant must be given reasonable notice that the sufficiency

8  of his or her claim will be in issue."  Id.

9  Here, Plaintiffs have not filed a cross-motion.  However, should the Court determines at a

10  later time that it will, *sua sponte*, consider whether judgment in favor of Plaintiffs is appropriate,

11  adequate notice will be provided to Defendants.  Accordingly, the Court DENIES Plaintiffs' *Ex*

12  *Parte* Application for Orders Noticing Defendants Re: *Sua Sponte* Review of Summary Judgment in

13  Favor of Plaintiffs and Establishing Briefing Schedule.

14

15  Dated:  April 2, 2009

16  JAMES WARE
   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Dennis R. Ingols dingols@rrpassociates.com
Douglas D. Durward Doug@durwardlaw.com
Kevin E. Gilbert kgilbert@meyersnave.com
Kimberly E. Colwell kcolwell@meyersnave.com
Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us
Robert Ross Powell rpowell@rrpassociates.com
Tricia L. Hynes thynes@meyersnave.com

**Dated:  April 2, 2009**                                   **Richard W. Wieking, Clerk**

                                                            **By:      /s/ JW Chambers**
                                                                     **Elizabeth Garcia**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California