Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MILPITAS, OFFICER PETE PROLO
and OFFICER DEREK YAMAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FREDENBURG, Individually and as Guardian Ad Litem for his minor children A.F. M.F. and E.F., KIM FREDENBURG,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, YASMINA LETONA, individually and as an employee of COUNTY OF SANTA CLARA, ALICIA CORTEZ, individually and as an employee of the COUNTY OF SANTA CLARA, SHARON BURGAN, individually and as an employee of the COUNTY OF SANTA CLARA, CITY OF MILPITAS, PETE PROLO, individually and as an employee of CITY OF MILPITAS, OFFICER YAMAMURA, individually and as an employee of CITY OF MILPITAS, and Does 1-10, inclusive,<br><br>                    Defendants. | Case No:  C07-04412 JW<br><br>**STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

1. COMES NOW the parties, by and through their respective attorneys of record and hereby stipulate as follows:

WHEREAS, on or about April 7, 2009, Plaintiff Matt Fredenburg filed a Motion for Summary Judgment against Officer Prolo, with Plaintiff's Motion originally noticed for hearing on May 18, 2009, at 9:00 a.m. in Courtroom 8 of the above-referenced Court; and

WHEREAS, Defendants' legal counsel is unavailable on Plaintiff's noticed hearing date due to ongoing trial proceedings in another county.

THEREFORE, the parties hereby stipulate and request the Court order as follows:

Plaintiff's Motion for Summary Judgment, which was filed on April 7, 2009 (Docket 55) is to be continued to June 8, 2009, at 9:00 a.m. in Courtroom 8 of the above-referenced court.

**IT IS SO STIPULATED.**

Dated:  April 20, 2009        MEYERS, NAVE, RIBACK, SILVER & WILSON


                              By:_____/s/____Kevin E. Gilbert_____
                                    Kevin E. Gilbert, Esq.
                                    Attorneys for Defendants
                                    CITY OF MILPITAS, OFFICER PETE PROLO
                                    and OFFICER DEREK YAMAMURA


Dated:  April 20, 2009        LAW OFFICES OF ROBERT R. POWELL


                              By:_____/s/____Robert R. Powell_____
                                    Robert R. Powell, Esq.
                                    Attorney for Plaintiffs
                                    MATT FREDENBURG, Individually and as
                                    Guardian Ad Litem for his minor children
                                    A.F. M.F. and E.F., KIM FREDENBURG

**ORDER**

Good cause appearing, the Court hereby adopts the Stipulation of the parties as an Order of this Court. Plaintiff's Motion for Summary Judgment (Docket 55) is to be continued to June 8, 2009, at 9:00 a.m. in Courtroom 8 of the above-referenced Court for hearing.

**IT IS SO ORDERED.**

Dated: April 23, 2009

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

1224225_1

1 **ORDER**

2    Good cause appearing, the Court hereby adopts the Stipulation of the parties as an Order of
3 this Court. Plaintiff's Motion for Summary Judgment (Docket 55) is to be continued to June 8,
4 2009, at 9:00 a.m. in Courtroom 8 of the above-referenced Court for hearing.

5
6 **IT IS SO ORDERED.**

7
8 Dated:_____        _____
9                              HONORABLE JAMES WARE
                                UNITED STATES DISTRICT COURT JUDGE
10
11 1224225_1