1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California  95110-1770
4  Telephone:  (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, ALICIA
   CORTEZ, YAZMINA LETONA, and
7  SHARON BURGAN

8

9                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                             (San Jose)

11

12  MATT FREDENBURG et al.              )   No.    C 07-4412 JW
                                        )
13        Plaintiffs,                   )   **STIPULATION AND ORDER TO MODIFY**
                                        )   **SCHEDULE**
14  v.                                  )
                                        )
15  COUNTY OF SANTA CLARA et al.        )
                                        )
16        Defendants.                   )
    _____)
17

18        The parties in the above-captioned action submit the following stipulation and order to

19  modify the schedule in the above-referenced matter.  Specifically, the parties request that the

20  close of fact discovery be continued from July 13, 2009, to August 31, 2009, and that the

21  Preliminary Pretrial Conference be moved from June 5, 2009, to August 31, 2009.  The grounds

22  for this request are as follows:

23        •    On March 23, 2009, Plaintiffs served Supplemental Disclosures in which they

24             disclosed 18 individuals who they contend were told by social workers with the

25             County of Santa Clara Department of Family and Children's Services (DFCS) that

26             they would not regain custody of their children if they did not cease associations

27             with their spouses or significant others.  The Complaint in this action includes a

28             civil-rights claim against the County pursuant to *Monell v. New York City Dept. of*

IT IS SO ORDERED
*James Ware*
Judge James Ware

1  *Social Services*, 436 U.S. 658, 689 (1978), in which Plaintiffs contend that the

2  County has a practice or custom of threatening parents whose children are involved

3  with dependency proceedings that if they do not cease all association with their

4  spouses or significant others they will not regain custody of their children.

5  • On April 21, 2009, the County of Santa Clara filed with the Superior Court of

6  California, County of Santa Clara, Juvenile Dependency Division, 16 petitions for

7  disclosure of confidential juvenile records.  The petitions sought disclosure of

8  dependency records pertaining to the children of the 18 individuals disclosed in

9  Plaintiffs' Supplemental Disclosure.

10  • The Superior Court set the hearings on the petitions for June 4, 2009.

11  • The County has subpoenaed the individuals for depositions but will need additional

12  time beyond the present July 13, 2009 fact discovery cutoff date to accommodate the

13  schedules of counsel and the witnesses.

14  • Moreover, Plaintiffs' motion for summary judgment as to their claims against the

15  City of Milpitas and Officer Pete Prolo will be heard on June 8, 2009, three days

16  after the present deadline of June 5, 2009, for the parties to submit their Preliminary

17  Pretrial Conference Statements.  The City of Milpitas Defendants' motion for

18  summary judgment is pending.

19  • A Settlement Conference is set with Magistrate Judge Seeborg on July 31, 2009.

20  • The parties have made good-faith efforts to move this case forward, and on May 11,

21  2009, the City of Milpitas and County of Santa Clara Defendants lodged with the

22  Court and served on all parties their expert disclosure.  The parties are not seeking to

23  extend the time to complete expert discovery and agree to adhere to the expert

24  discovery deadlines set forth in the Court's December 10, 2008 Modified Scheduling

25  Order.

26  //

27  //

28  //

1    Based on the above, the parties stipulate to extend the fact discovery cutoff to August 31,

2  2009, and to move the Preliminary Pretrial Conference to August 31, 2009, at 11:00 a.m.  The

3  parties will file the Preliminary Pretrial Conference Statements on August 21, 2009.

4    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

5  "conformed" signature ( /S/ ) within this e-filed document.

6

7  Dated:  May 20, 2009                     By:   _____/S/_____

8                                                      MELISSA R. KINIYALOCTS
                                                       Deputy County Counsel

9                                                      Attorneys for Defendants
                                                       COUNTY OF SANTA CLARA, ALICIA
10                                                     CORTEZ, YAZMINA LETONA, and
                                                       SHARON BURGAN

11

12

13  Dated:  May 20, 2009                    By:   _____/S/_____

14                                                     ROBERT R. POWELL

15                                                     Attorney for Plaintiffs

16

17

18  Dated:  May 20, 2009                    By:   _____/S/_____

19                                                     TRICIA L. HYNES

20                                                     Attorney for Defendants
                                                       CITY OF MILPITAS, PETE PROLO, and
21                                                     DEREK YAMAMURA

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1

**ORDER**

2          The Court, having considered the stipulation of the parties and finding good cause, hereby

3  orders the following:

4          Close of all discovery                                    August 31, 2009

5          Preliminary Pretrial Conference                **August 31, 2009 at 11 a.m.**

6          Preliminary Pretrial Conference Statements         August 21, 2009

7          The parties are to adhere to the expert discovery deadlines set forth in the Court's

8  December 10, 2008 Modified Scheduling Order.

9

10  Dated: May 21, 2009

11  _____
   THE HONORABLE JAMES WARE
   United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  183886.wpd