**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| MATT FREDENBURG et al.<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.<br><br>        Defendants. | No.   C 07-4412 JW<br><br>**STIPULATION AND ORDER REGARDING HEARING ON COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The parties in the above-captioned action submit the following stipulation and order regarding the hearing on a motion for summary judgment by Defendants Alicia Cortez (aka Gonzales, Yazmina Letona, Sharon Burgan, and the County of Santa Clara (County Defendants).  Specifically, on December 10, 2008, the Court issued a Modified Scheduling Order that set the last date to hear a dispositive motion on September 14, 2009.  County Defendants recently learned that the Court is not setting any further motions on September 14, 2009, and that the next available hearing is on September 28, 2009.  Due to the unavailability of counsel on September 28, 2009, the parties stipulate that County Defendants may set their motion for summary judgment for hearing on **October 5, 2009 at 9 a.m.**  The parties shall adhere to the briefing schedule as set forth in the Court's Civil Local Rules.

Dated:  June 25, 2009

_____
JAMES WARE
United States District Judge