MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

**\*E-Filed 7/24/09\***

Attorneys for Defendants
COUNTY OF SANTA CLARA, ALICIA
CORTEZ, YAZMINA LETONA, and
SHARON BURGAN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| MATT FREDENBURG et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>     Defendants. | No.   C07-04412 JW<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANT SHARON BURGAN'S REQUEST TO BE EXCUSED FROM SETTLEMENT CONFERENCE |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Defendant Sharon Burgan to be excused from the Settlement Conference on July 30, 2009, is GRANTED.  Defendant Burgan shall be on telephone standby throughout the entire conference.

Dated:  7/24/09 _____

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

196496.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

~~[Proposed]~~ Order Granting Def. S. Burgan's
Request to Be Excused from Settlement Conf.           1                    C07-04412 JW