IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Matt Fredenburg, et al., | NO. C 07-04412 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; REFERRING PARTIES TO MAGISTRATE JUDGE LLOYD FOR SETTLEMENT CONFERENCE** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

On September 20, 2010, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) The parties are referred to Judge Lloyd for a Settlement Conference. On or before **October 1, 2010**, the parties shall contact Judge Lloyd's Chambers to schedule a conference.

(2) The Court sets **November 15, 2010 at 10 a.m.** for a Further Case Management Conference. On or before **November 5, 2010**, the parties shall file a Joint Case Management Conference Statement updating the Court on the status of the parties' appeal(s) and any settlement discussions as relevant.

Dated: September 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Dennis R. Ingols dingols@rrpassociates.com
Douglas D. Durward Doug@durwardlaw.com
Kevin E. Gilbert kgilbert@meyersnave.com
Kimberly E. Colwell kcolwell@meyersnave.com
Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us
Robert Ross Powell rpowell@rrpassociates.com
Tricia L. Hynes thynes@meyersnave.com

**Dated:  August 10, 2010**                              **Richard W. Wieking, Clerk**

                                                         **By:  /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**