| | |
|---|---|
| 1 | ROBERT R. POWELL, ESQ. CSB: 159747 |
| 2 | DENNIS INGOLS, ESQ. CSB: 236458 |
|   | LAW OFFICES OF ROBERT R. POWELL |
| 3 | 925 West Hedding Street |
|   | San José, California  95126 |
| 4 | T: 408-553-0200 F: 408-553-0203 |
| 5 | |
|   | Attorneys for Plaintiffs |
| 6 | |
|   | DAVID ROLLO, ESQ. CSB:  111998 |
| 7 | MELISSA R. KINIYALOCTS, ESQ. CSB: 215814 |
|   | OFFICE OF THE COUNTY COUNSEL |
| 8 | 70 West Hedding St, East Wing, 9th Floor |
| 9 | San Jose, California 95110-1770 |
|   | T: 408-299-5900 F: 408-292-7240 |
| 10 | |
| 11 | Attorney for Defendants County of Santa Clara, et al. |
| 12 | KIMBERLY E. COLWELL, ESQ. CSB: 127604 |
|   | TRICIA L. HYNES, ESQ. CSB: 212550 |
| 13 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
|   | 555 12th Street, Suite 1500 |
| 14 | Oakland, California 94607 |
| 15 | T: (510) 808-2000 F: (510) 444-1108 |
| 16 | |
|    | Attorney for Defendants City of Milpitas, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | | |
|---|---|---|
| MATT FREDENBURG, et al. | ) | Case No. C07 04412 JW |
|  | ) | |
| Plaintiffs, | ) | **ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
|  | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
|  | ) | Date:   November 15, 2010 |
|  | ) | Time:  10:00 a.m. |
|  | ) | Dept.:  8 |
| Defendants. | ) | Judge: Hon. James Ware |
|  | ) | |

All parties jointly submit this Case Management Statement and Proposed Order pursuant to the Court's September 21, 2010 Order directing the parties to contact Judge Lloyd's chambers and schedule a settlement conference.

## DESCRIPTION OF THE CASE

Plaintiff's Complaint for violation of civil rights, false arrest and intentional infliction of emotional distress was filed on August 27, 2007. Plaintiffs Matt and Kim Fredenburg are the parents and guardian ad litem of their minor children, Plaintiffs A.F., M.F. and E.F. Plaintiffs' Complaint set forth nine claims for relief arising out of an incident that occurred on August 9, 2006 when Kim Fredenburg left her home during the afternoon to run errands, including a shopping trip to a Goodwill store in Milpitas, California. Kim brought her youngest child, A.F., who was seven months old at the time with her, and left her sons M.F., eight years old, and E.F., two years old alone in her home. Kim left A.F. in the car while she shopped at the Goodwill store. The temperature outside that day was roughly 91 degrees Fahrenheit. Milpitas police responded to a 911 call about a screaming child who was left inside an unattended car. Defendant Milpitas Police Officer Peter Prolo responded to the scene, removed A.F. from the car and took her to an air conditioned restaurant where she was seen by paramedics and taken to the hospital. When Kim returned to her vehicle, Defendant Police Officer Yamamura spoke with her and discovered that she was A.F.'s mother. Kim told police she had forgotten her daughter was in the car, and that she had two other children at home who were being watched by a neighbor. Kim was arrested and taken to the Milpitas Police Department where she informed police that her boys were actually home alone. The Department of Family & Children Services was called to the scene and Defendant Alicia Cortez eventually transported all three children to the emergency shelter.

## STATUS

The parties have arranged to appear before Judge Lloyd on February 17, 2010 for a settlement conference. As the Court has stayed all proceedings, but for the parties' attendance at the settlement conference, the parties respectfully request that the Court set a further status conference for March of 2010. The parties will submit a Joint Statement ten days before this

1  status conference, outlining the procedural posture of the case and suggesting a trial schedule, if
2  appropriate.

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

A further Case Management Conference is set for **March 7, 2011 at 10:00 AM.** A Joint Statement shall be filed on or before **February 28, 2011** updating the court on the parties' settlement efforts and how this case should proceed.

Date:   November 10, 2010

_____
Honorable James Ware, U.S. District Court,
Northern District of California

Dated:  October 14, 2010           /S/ Robert R. Powell
                                   ROBERT R. POWELL, ESQ.
                                   Attorney for Plaintiffs

Dated:  October 14, 2010           /S/ David Rollo
                                   DAVID ROLLO, ESQ.
                                   Attorney for Defendants County of
                                   Santa Clara, Sharon Burgan, Alicia
                                   Cortez, Yazmina Letona

Dated:  October 14, 2010           /S/ Tricia L. Hynes
                                   TRICIA L. HYNES, ESQ.
                                   Attorney for Defendants City of
                                   Milpitas, Pete Prolo, Derek Yamamura

1534088.1