1 | ROBERT R. POWELL, ESQ. CSB: 159747
2 | DENNIS INGOLS, ESQ. CSB: 236458
  | LAW OFFICES OF ROBERT R. POWELL
3 | 925 West Hedding Street
  | San José, California 95126
4 | T: 408-553-0200 F: 408-553-0203

5 | Attorneys for Plaintiffs

6
7 | KIMBERLY E. COLWELL, ESQ. CSB: 127604
  | TRICIA L. HYNES, ESQ. CSB: 212550
8 | MEYERS, NAVE, RIBACK, SILVER & WILSON
  | 555 12th Street, Suite 1500
9 | Oakland, California 94607
  | T: (510) 808-2000 F: (510) 444-1108
10
11 | Attorney for Defendants City of Milpitas, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| MATT FREDENBURG, et al. | ) | Case No. C07 04412 JW |
| | ) | |
| Plaintiffs, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO MOVE THE PRE-TRIAL** |
| | ) | **FILING DEADLINE** |
| COUNTY OF SANTA CLARA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

---

Stipulation and [Proposed] Order to Move the Pre-Trial       Case No. C07 04412 JW
Filing Deadline

It is hereby stipulated by and between the parties, as authorized by their respective counsel, that the deadline for the pre-trial filings as ordered by the Court shall be moved from March 21, 2011 to <u>March 28, 2011</u> to allow for additional settlement efforts by the parties.

**IT IS SO STIPULATED.**

Dated:  March 10, 2011     LAW OFFICES OF ROBERT R. POWELL

By:    /s/ Robert R. Powell
       ROBERT R. POWELL, ESQ.
       Attorney for Plaintiffs

Dated:  March 10, 2011     MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /s/ Kimberly E. Colwell
       KIMBERLY E. COLWELL, ESQ.
       Attorney for Defendants
       City of Milpitas, Pete Prolo and
       Derek Yamamura

**IT IS SO ORDERED.**

The deadline for the pre-trial filings shall be moved to <u>March 28, 2011</u> to allow for additional settlement efforts by the parties.
The other remaining dates set in the Court's Scheduling Order remain unchanged.

Date: March 15, 2011

/s/ James Ware
Honorable James Ware
U.S. District Court
Northern District of California

1608775_1.DOC

---

1

Stipulation and [Proposed] Order to Move the Pre-Trial Filing Deadline          Case No. C07 04412 JW