MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, ALICIA CORTEZ, YAZMINA LETONA, and SHARON BURGAN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| MATT FREDENBURG et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA et al., <br><br> Defendants. | No. C 07-4412 JW (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

 IT IS HEREBY STIPULATED by and between Plaintiffs Matt Fredenburg, Kim Fredenburg, and Helen Fredenburg, as guardian ad litem for M.F., E.F., and A.F, and Defendants County of Santa Clara, Alicia Cortez, Sharon Burgan, and Yazmina Letona ("County Defendants"), through their designated counsel, that the claims against County Defendants in the above-captioned action are dismissed with prejudice pursuant to Federal Rule

/ /

/ /

/ /

/ /

/ /

1  of Civil Procedure 41(a)(1).  Each party will bear their own costs and attorneys' fees.

                                          MIGUEL MÁRQUEZ
                                          County Counsel

Dated: March 28, 2011              By:       /S/
                                        MELISSA R. KINIYALOCTS
                                        Deputy County Counsel

                                          Attorneys for County Defendants

Dated: March 28, 2011              By:       /S/
                                        ROBERT R. POWELL
                                        Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.  The Clerk shall close this file.

Dated: March 29, 2011                                   
                                        HONORABLE JAMES WARE
                                        United States District Court Chief Judge

390361.wpd