IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Matt Fredenburg, et al., | NO. C 07-04412 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on April 11, 2011. On April 7, 2011, the parties filed a Notice of Settlement in lieu of their Joint Statement, exceeding the Court's deadline by seven days. (See Docket Item No. 188.) In their Notice of Settlement, the parties contend that they have reached settlement and seek a continuance of the Conference because they are still finalizing settlement terms. Based on the parties' representation, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **June 20, 2011 at 10 a.m.** On or before **June 10, 2011**, the parties shall either file a Stipulated Dismissal to bring this case to a close or a Joint Case Management Statement updating the Court on the status of their settlement efforts. In the event that the parties require additional time to finalize their settlement, the parties shall specify the time required in their Joint Statement.

Further, in light of the settlement, the Court vacates all presently scheduled trial dates. The Court will set further trial dates following the June 20 Conference, if necessary.

Dated: April 8, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Dennis R. Ingols dingols@rrpassociates.com
Douglas D. Durward Doug@durwardlaw.com
Kevin E. Gilbert kgilbert@meyersnave.com
Kimberly E. Colwell kcolwell@meyersnave.com
Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us
Robert Ross Powell rpowell@rrpassociates.com
Tricia L. Hynes thynes@meyersnave.com

**Dated: April 8, 2011**                                     Richard W. Wieking, Clerk

                                              **By:    /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California