IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Matt Fredenburg, et al., | NO. C 07-4412 JW |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE FOR *EX PARTE* PETITION FOR APPROVAL OF MINORS' COMPROMISE** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

Presently before the Court is Plaintiffs' *Ex Parte* Petition for Approval of Minors' Compromise. (hereafter, "Petition," Docket Item No. 190.) Plaintiffs represent that the Court must approve the minors' compromise before City Defendants will be able to obtain final approval and purchase annuities for use in the settlement. (Petition at 2.) Although in their *ex parte* petition, Plaintiffs represent that Defendants do not object to the plan, the Court finds that it would benefit from having Defendants' position stated in a formal brief. Accordingly, on or before **May 13, 2011**, Defendants shall file their Response to Plaintiffs' Petition. At that time the Court will either take the Motion under submission without oral argument or set a hearing date, if necessary.

Dated: May 4, 2011

JAMES WARE
United States District Chief Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Dennis R. Ingols dingols@rrpassociates.com
Douglas D. Durward Doug@durwardlaw.com
3 Kevin E. Gilbert kgilbert@meyersnave.com
Robert Ross Powell rpowell@rrpassociates.com
4 David Michael Rollo david.rollo@cco.sccgov.org
Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us
5 Kimberly E. Colwell kcolwell@meyersnave.com
Tricia L. Hynes thynes@meyersnave.com

7 **Dated:  May 4, 2011**                               **Richard W. Wieking, Clerk**

9                                                                           **By:     /s/ JW Chambers            **
                                                                                     **Susan Imbriani**
                                                                                     **Courtroom Deputy**