ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
BRETT O. TERRY, ESQ.     CSB#270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs



IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| MATT FREDENBURG, et al. | Case No. C07 04412 JW |
| Plaintiffs, | [PROPOSED] ORDER APPROVING MINORS' COMPROMISE |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | Date:<br>Time:<br>Courtroom: |

Plaintiffs herein, by and through their counsel, submitted a Petition for Court Approval of Minor's Compromise of Claims ("Petition") on May 2, 2011, pertaining to a settlement that Plaintiffs had reached with the City of Milpitas and all employee-defendants of said entity.

Upon review of the file and consideration of the Petition, the Declaration of Plaintiffs' counsel and supporting documentation submitted therewith, and the opposition and/or non-opposition of any Defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

1

GOOD CAUSE APPEARING,

1.  The minor Plaintiffs' claims against the Defendant City of Milpitas, and the individually-named employee-defendants of said entities, as compromised pursuant to the terms of the Settlement Agreement and General Release (as described in the Petition), the periodic payment schedule (Exhibit A to the Petition, and to the Declaration of Robert R. Powell, redacted to protect the minor's privacy), and the Qualified Assignment and Release (as described in Exhibit A to the Declaration of Robert R. Powell), is approved, with the following modification:  Page 6, Line 15 of Plaintiffs' Ex Parte Petition For Approval of Minors' Compromise, Docket Item No. 190, is modified to read: "TOTAL = $250,000.00."

2.  Plaintiffs' counsel may attach the fully-executed, non-redacted settlement documents, when obtained, to this Order for purposes of submitting same to Metropolitan Life Insurance Company and/or MetLife Tower Resources Group.

3.  The Court approves the distribution of attorneys' fees and costs to Plaintiffs' counsel as set forth in the Petition.

4.  The Court approves of the dismissal of all claims, of all Plaintiffs, as against Defendants City of Milpitas and the individually-named employee-defendants, and all employees of said entities, with prejudice.  Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel.

On or before **June 20, 2011**, the parties shall file a Stipulated Dismissal to bring this case to a close.

**IT IS SO ORDERED**

Dated: June 6, 2011

                                          _____
                                          Hon. James Ware
                                          United States District Chief Judge

2

[Proposed] Order Approving Minors' Compromise
Fredenburg v. Santa Clara
(Case No. C07 04412 JW)