1  ROBERT R. POWELL, ESQ. CSB: 159747
2  DENNIS R. INGOLS, ESQ.   CSB: 236458
   BRETT O. TERRY, ESQ.     CSB: 270694
3  LAW OFFICES OF ROBERT R. POWELL
   925 West Hedding Street
4  San José, California  95126
   T: 408-553-0200 F: 408-553-0203
5
6  Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

MATT FREDENBURG, et al.         )     Case No. C07 04412 JW
                                )
            Plaintiffs,          )     [PROPOSED]
v.                              )     ORDER OF THE COURT
                                )
COUNTY OF SANTA CLARA, et al.,  )
                                )
            Defendants.         )
_____)

   Based on the stipulation of the parties, by and through their respective counsel, and good cause appearing, the court hereby orders as follows:

1. The above-captioned action be and hereby is dismissed with prejudice effective June 22, 2011 pursuant to FRCP 41(a)(1);

**IT IS SO ORDERED**

Date: 6/__17__/11                     _____
                                      THE HONORABLE JAMES WARE
                                      U.S. District Court Judge

1

Order of the Court
Fredenburg v. Santa Clara
(Case No. C07 04412 JW)